BAKER, IRONS & DOCKSTADER, INC. *v.* UNITED STATES

No. 7531.—Invoice dated Stoke on Trent, England, January 1946.
Certified January 29, 1946.
Entered at New York, N. Y., March 18, 1946.
Entry No. 745891.

(Decided February 6, 1948)

*Milton Sparaga* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

JOHNSON, Judge: This proceeding has been submitted upon a stipulation wherein the parties hereto have agreed that the issues involved in this reappraisement are the same in all material respects as in the case of *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. 183, C. A. D. 334. The record in that case was admitted as part of the record herein.

In view of the aforesaid stipulation and accepting same as a statement of fact, and in view of the decision cited, I find and hold that the export value of the merchandise is the value found by the appraiser, less any additions on entry by the importer by reason of advances by the appraiser in similar cases to equal the so-called British purchase tax.

Judgment will be rendered accordingly.

LANSEN-NAEVE CORP. *v.* UNITED STATES

No. 7532.—Invoices dated London, England, August 1942, etc.
Certified August 1942, etc.
Entered at New York, N. Y., September 17, 1942, etc.
Entry No. 706822, etc.

(Decided February 10, 1948)

Plaintiff not represented by counsel.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KINCHELOE, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.